UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAMIRIA PITCHER | CIVIL ACTION NO. |
| VERSUS | 22-371-JWD-EWD |
| DONALD STEELE, ET AL. | |

## VIDEO CONFERENCE REPORT AND ORDER

A Zoom video conference was held before Magistrate Judge Erin Wilder-Doomes on November 17, 2022 with following participants:[1]

| | | |
|---|---|---|
| PARTICIPANT: | Ronald S. Haley, Jr.<br>Counsel for Plaintiff,<br>Tramiria Pitcher | Joseph K. Scott, III<br>Counsel for Defendants,<br>City of Baton Rouge/Parish of East Baton Rouge and Murphy Paul, in his capacity as Chief of Police for the City of Baton Rouge |

The parties discussed the information contained in the Joint Status Report[2] regarding the request of Defendants to stay discovery pending completion of the state court criminal proceedings against Defendant Donald Steele. Plaintiff agrees that discovery should be stayed pending completion of Defendant Steele's state court criminal proceedings, so that the parties can avoid impediments to discovery in this matter.

Considering the parties' agreement,

**IT IS ORDERED** that the Clerk of Court is instructed to **STAY and ADMINISTRATIVELY CLOSE** this case pending resolution of Defendant Steele's state court

---

[1] Counsel for Defendant Donald Steele did not appear at the video conference, nor did counsel contact the Court beforehand to request that the conference be moved or to advise of a scheduling conflict.
[2] R. Doc. 20.

criminal proceedings. Any party may move to lift the stay at the appropriate time.[3]

**IT IS FURTHER ORDERED** that Defendant Steele shall submit **triannual** status reports regarding the state court criminal proceedings, with the next reports due **March 16, 2023, July 16, 2023,** and **November 16, 2023**.

Signed in Baton Rouge, Louisiana, on November 22, 2022.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] In the event the parties agree that the stay should be lifted, they shall jointly file a Joint Motion for Entry of a Scheduling Order with a revised Section H of the Joint Status Report (a proposed scheduling order) attached.